

FILED
NOV 0 8 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00 213-SKO |
| Plaintiff, | ORDER TO UNSEAL CRIMINAL COMPLAINT |
| v. | |
| William Lee MUHAMMAD, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Criminal Complaint be unsealed and become public record.

DATED: November 8, 2019

_Sheila K. Oberto_
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE